| AO-10 (w)<br>Rev. 8/96 | FINANCIAL DISCLOSURE REPORT<br>Nomination Report | Report Required by the Ethics<br>Reform Act of 1989, Pub L. No.<br>101-194, November 30, 1989<br>(5 U.S.C. App. 4, Sec. 101-112) |
|---|---|---|

| 1. Person Reporting   (Last name, first, middle initial)<br><br>HULL, FRANK M. | 2. Court or Organization<br><br>U.S.CT OF APPEALS-11TH CIRCUIT | 3. Date of Report<br><br>06/18/1997 |
|---|---|---|
| 4. Title   (Article III judges indicate active or<br>senior status; magistrate judges indicate<br>full- or part-time)<br><br>U.S.CT OF APPEALS JUDGE-ACTIVE | 5. Report Type (check type)<br><br>X  Nomination, Date 06/18/1997<br><br>___ Initial   ___ Annual   ___ Final | 6. Reporting Period<br><br>01/01/1996<br>to<br>06/18/1997 |
| 7. Chambers or Office Address<br><br>U.S. DISTRICT COURT<br>75 SPRING ST., SW, ROOM 2321<br>ATLANTA, GA 30303-3361 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS   (Reporting individual only; see pp. 9-13 of Instructions)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | [ ] NONE (No reportable positions.) | |
| 1 | Director, Board of Directors | American Judicature Society, Chicago, Illinois |
| 2 | | (term ended 8/3/96) |
| 3 | Guardian/Trustee/Custodian | Stock & Bond Accts of minor children |

## II. AGREEMENTS   (Reporting individual only; see pp. 14-17 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | [X] NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME   (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| | DATE | PARTIES AND TERMS | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| | [ ] NONE (No reportable non-investment income.) | | |
| 1 | 1996-97 | Lord, Aeck & Sargent, Inc.(Architect's salary) (S) | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

EXHIBIT 4

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HULL, FRANK M. | 06/18/1997 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements or gifts) | |
| 1 | Exempt-Not applicable | |
| 2 | under Section 102(b)(1) | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. OTHER GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts) | | |
| 1 | Exempt-Not applicable | | |
| 2 | under Section 102(b)(1) | | |
| 3 | | | |
| 4 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities) | | |
| 1 | None | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>HULL, FRANK M. | Date of Report<br>06 /18 /1997 |
|---|---|---|

**VII. Page 1 INVESTMENTS and TRUSTS** — *income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ NONE (no reportable income, assets, or transactions) | | | | | | | | | |
| 1 Real Estate: Atlanta, GA Prop. #1 | | None | N | W | Exempt | | | | |
| 2 Undev. Real Estate: 22 acres, Henry Cty, GA | | None | M | W | | | | | |
| 3 Real Estate: Atlanta, GA Prop #3 (Parcel 3: 2200 WW) | | None | K | W | | | | | |
| 4 Real Estate: Atlanta, GA Prop. #4 (Parcel 2: 2200 WW) | | None | K | W | | | | | |
| 5 SMITH BARNEY-IRA ACCT (with the following): | D | | M | T | | | | | |
|    Smith Barney Money Funds | | Interest | | | | | | | |
|    Borden Chems Stock | | Dividend | | | | | | | |
|    Chris Craft Ind Stock | | Dividend | | | | | | | |
|    Methanex Corp Stock | | Dividend | | | | | | | |
|    Terra Inds Inc Stock | | Dividend | | | | | | | |
|    Zweig Total Return | | Dividend | | | | | | | |
|    SBS Mutual Funds | | Interest | | | | | | | |
|    Fortis Advantage Portfolios Mutual Funds | | Interest | | | | | | | |
| 6 SMITH BARNEY-FMA ACCT (with the following): | D | | M | T | | | | | |
|    Smith Barney Money Funds | | Interest | | | | | | | |
|    Home Depot Stock | | Dividend | | | | | | | |
|    Appling Co Ga Dev Auth Bond | | Interest | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment | T=Cash/Market | W=Estimated |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting HULL, FRANK M. | Date of Report 06 /18/1997 |
|---|---|---|

**VII. Page 2 INVESTMENTS and TRUSTS** — *Income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.* Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | | |
| Fayette Co Ga Sch Dist Bond | | Interest | | | Exempt | | | | | |
| Cherokee Co. GA Sch Sys Bond | | Interest | | | | | | | | |
| Savannah GA Arpt Rev Ser B Bond | | Interest | | | | | | | | |
| 7 Real Estate: Ltd Partner, Pinewood Ltd, DeKalb Cty, GA | | None | J | W | | | | | | |
| 8 33% Stock: Architectural firm, Lord Aeck & Sargent, Inc. (S) | | None | N | U | | | | | | |
| 9 401(k) Retirement Plan/Trust: Lord, Aeck & Sargent, Inc. (S) | G | Int/Div | O | T | | | | | | |
| 10 SMITH BARNEY-IRA ACCT (S) (with the following) : | A | Int/Div | L | T | | | | | | |
| Dreyfus Liquid Assets Inc. | | Interest | | | | | | | | |
| American Express Co. Stock | | Dividend | | | | | | | | |
| Coca-Cola Co. Stock | | Dividend | | | | | | | | |
| Home Depot Inc. Stock | | Dividend | | | | | | | | |
| KnowledgeWare Stock | | Dividend | | | | | | | | |
| 11 Real Estate: Ltd Partner, Peachtree So Ltd, Atlanta, GA (S) | A | Rent | K | W | | | | | | |
| 12 Real Estate: Ltd Partner, 179 Whitehall, Atlanta, GA (S) | A | Rent | K | W | | | | | | |
| 13 Real Estate: Atlanta, GA Prop #3 (S) (Parcel 3: 2200 WW) | | None | K | W | | | | | | |
| 14 Real Estate: Atlanta, GA Prop. #4 (S) (Parcel 2: 2200 WW) | | None | K | W | | | | | | |
| 15 SMITH BARNEY-RHA's 1st acct (DC) (with the following): | E | | N | T | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| (Col. C2) | U=Book Value | V=Other | W=Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 06/18/1997 |

## VII. Page 3 INVESTMENTS and TRUSTS
— income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | | |
| Smith Barney Money Funds | | Interest | | | Exempt | | | | | |
| Fulton Cty Bldg Auth Bond | | Interest | | | | | | | | |
| Augusta, GA Wtr/Sewer Bond | | Interest | | | | | | | | |
| Augusta-Richmond Cty Coliseum Bond | | Interest | | | | | | | | |
| Cherokee Cty School System Bond | | Interest | | | | | | | | |
| Alpharetta Var Purp G/O Bond | | Interest | | | | | | | | |
| Savannah, GA Arpt Rv "B" Bond | | Interest | | | | | | | | |
| Clayton Cty GA School Dist Bond | | Interest | | | | | | | | |
| Fayette Cty, GA School District Bond | | Interest | | | | | | | | |
| 16 SMITH BARNEY -RHA's 2nd Acct (DC) (with the following): | B | | K | T | | | | | | |
| Smith Barney Money Funds | | Interest | | | | | | | | |
| Douglasville-Douglas Cty Wtr/Swr Bond | | Interest | | | | | | | | |
| Stone Container Corp Bond | | Interest | | | | | | | | |
| SBS Mutual Funds | | Interest | | | | | | | | |
| 17 Real Estate: Atlanta, GA Prop #2 (DC #1) (Parcel 4: 2200 NN) | | None | K | W | | | | | | |
| 18 Real Estate: Atlanta, GA Prop #3 (DC #1) (Parcel 3: 2200 NN) | | None | L | W | | | | | | |
| 19 SMITH BARNEY -RHA's 1st acct (DC) (with the following): | C | | L | T | | | | | | |

| 1 Inc/Gain Code: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Code: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Code: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | | T=Cash/Market |
| (Col. C2) | U=Book Value | V=Other | W=Estimated | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>HULL, FRANK M. | Date of Report<br>06 /18 /1997 |
|---|---|---|

## VII. Page 4 INVESTMENTS and TRUSTS
*— income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| ☐ NONE (no reportable income, assets, or transactions) | | | | | | | | | | |
| Smith Barney Money Funds | | Interest | | | Exempt | | | | | |
| Stone Container Corp Bond | | Interest | | | | | | | | |
| Savannah GA Wtr/Swr Bond | | Interest | | | | | | | | |
| Douglasville-Douglas Cty Wtr/Swr Bond | | Interest | | | | | | | | |
| SBS Mutual Funds | | Interest | | | | | | | | |
| 20 Undev. Real Estate: 50 acres, Highlands, Macon Cty, NC (DC) | | None | M | W | | | | | | |
| 21 Real Estate: Atlanta, GA Prop #2 (DC #2) (Parcel 4: 2200 MM) | | None | L | W | | | | | | |
| 22 Real Estate: Atlanta, GA Prop #3 (DC #2) (Parcel 3: 2200 MM) | | None | L | W | | | | | | |
| 23 ESTATE OF RICHARD L. AECK (Spouse is Co-Executor & Co-Trustee & has Interest in Estate): | E | Int/Div/CG | P1 | T | | | | | | |
| a) Real Estate: Atlanta, GA Prop. #5 (Parcel #1: 2200 MM) | | | | | | | | | | |
| b) Real Estate: Atlanta, GA Prop. #4 (Parcel #2: 2200 MM) | | | | | | | | | | |
| c) Real Estate: Martinez, GA | | | | | | | | | | |
| d) Real Estate: Ltd Partner - Oxford Residential | | | | | | | | | | |
| e) Real Estate: Ltd Partner - Oxford Northwoods | | | | | | | | | | |
| f) Real Estate: Ltd Partner - Oxford Runaway Bay | | | | | | | | | | |
| g) Real Estate: Ltd Partner - Oxford Lexington | | | | | | | | | | |
| h) Real Estate: Ltd Partner - 179 Whitehall | | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | P=$50,000,001-$100,000 | O=$100,000,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,000-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | | T=Cash/Market |
| (Col. C2) | U=Book Value | V=Other | W=Estimated | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>HULL, FRANK M. | Date of Report<br>06/18 / 1997 |
|---|---|---|

### VII. Page 5 INVESTMENTS and TRUSTS — Income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | \_\_\_\_ If not exempt from disclosure \_\_\_\_ | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | |
| 1) SMITH BARNEY PORTFOLIO MGT ACCT<br>#1 (with the following): | | | | | Exempt | | | | |
| Allstate Corp Stock | | | | | | | | | |
| American Express Co. Stock | | | | | | | | | |
| Amer International Group Inc. Stock | | | | | | | | | |
| Amresco Inc. Stock | | | | | | | | | |
| Campbell Soup Co. Stock | | | | | | | | | |
| Citicorp Stock | | | | | | | | | |
| Coca-Cola Co. Stock | | | | | | | | | |
| Columbia/HCA Healthcare Corp. Stock | | | | | | | | | |
| Walt Disney Holding Co. Stock | | | | | | | | | |
| Eastman Kodak Stock | | | | | | | | | |
| GTE Corp. Stock | | | | | | | | | |
| Federal National Mortgage Assn. Stock | | | | | | | | | |
| Gannett Co. Inc. Stock | | | | | | | | | |
| Home Depot Inc. Stock | | | | | | | | | |
| Krug Intl Corp. Stock | | | | | | | | | |
| Marriott International Inc. Stock | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)   U=Book Value    V=Other    W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>HULL, FRANK M. | Date of Report<br>06/18/1997 |
|---|---|---|

**VII. Page   6 INVESTMENTS and TRUSTS** — *Income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse; "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (no reportable income, assets, or transactions) | | | | | | | | | |
| Motorola Inc. Stock | | | | | Exempt | | | | |
| News Ltd-ADR Stock | | | | | | | | | |
| Procter & Gamble Co. Stock | | | | | | | | | |
| Protective Life Corp. Stock | | | | | | | | | |
| Roper Industries Inc. Stock | | | | | | | | | |
| Staples Inc. Stock | | | | | | | | | |
| WTS Krug Intl Corp. Stock | | | | | | | | | |
| General Motors Notes (Corp. Bond) | | | | | | | | | |
| U.S. Treasury Note Ser C Bond | | | | | | | | | |
| Strips-Tint-U.S. Treasury Bond | | | | | | | | | |
| U.S. Treasury Note Ser E Bond | | | | | | | | | |
| Strips-Tint-U.S. Treasury Bond | | | | | | | | | |
| U.S. Treasury Note Ser D Bond | | | | | | | | | |
| Smith Barney Money Funds | | | | | | | | | |
| (J) SMITH BARNEY PORTFOLIO MGT ACCT #2 (with the following): | | | | | | | | | |
| U.S. Treasury Notes Ser AD | | | | | | | | | |
| U.S. Treasury Notes Ser N | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$30,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$30,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>HULL, FRANK M. | Date of Report<br>06/18/1997 |
|---|---|---|

## VII. Page 7 INVESTMENTS and TRUSTS
*— income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) | |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | | |
| Smith Barney Money Funds | | | | | Exempt | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| (Col. C2) | U=Book Value | V=Other | W=Estimated | | |

**835**

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>HULL, FRANK M. | Date of Report<br>06 / 18/1997 |
|---|---|---|

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** (Indicate part of report.)

☐ NONE (No additional information or explanations.)

I did not perform any adjudicatory function in any litigation during this period in which I was aware that I, my spouse, or my minor children had a financial interest as defined in Canon 3C(3)(c). As a District Court Judge, I filed on May 14, 1997 a Financial Disclosure Report for the calendar year 1996. In the preparation of that Financial Disclosure Report, I discovered that my spouse's serving as the co-trustee and co-executor of his father's will constitutes a "financial interest." My father-in-law died on July 20, 1996, and my husband became co-executor and co-trustee of the estate. The assets of the estate remained in the estate through December 31, 1996, and were not distributed yet to the trusts for the widow provided for in the will. On October 10, 1996, I issued a final decision in a civil case where Allstate Insurance Company was a party and no appeal was filed. At the time of the decision, I was not aware that the estate of my father-in-law owned certain stock of Allstate Corporation. In May, 1997, during the preparation of the Financial Disclosure Report for the calendar year 1996, I became aware that my husband's being the co-trustee and co-executor constituted a financial interest, even though the income from the estate has been going to his mother, and I also became aware that the estate owned some Allstate Corporation stock. Upon discovery, I immediately disclosed this to the parties in the terminated civil case. The parties subsequently waived any conflict or appearance of conflict and did not seek any recusal.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting HULL, FRANK M. | Date of Report 06 /18 /1997 |
|---|---|---|

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation. (except as explained in ITEM VIII).

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Frank M. Hull_          Date 6/18/97

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Digitized by Google

## FINANCIAL STATEMENT
### Frank M. Hull*
### May 31, 1997

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | | $ 3,000 | Notes payable to banks - secured - 50% (line of credit secured by mortgage on residence) | | $ 2,000 |
| U.S. Government securities | | 0 | Notes payable to banks - unsecured | | 0 |
| Listed securities and municipal bonds Smith Barney account (schedule attached) | | 139,417 | Notes payable to relatives | | 0 |
| Unlisted securities | | 0 | Notes payable to others | | 0 |
| Accounts and notes receivable: | | 0 | Accounts and bills due | | 0 |
| Due from relatives, friends, others | | 0 | Unpaid income tax | | 0 |
| Real Estate owned | | | Other unpaid tax and interest | | 0 |
| 100% interest in primary residence Atlanta, Georgia | $450,000 | | Real estate mortgages payable | | 0 |
| 22 acres undeveloped property in Henry County, Georgia | $105,000 | | | | |
| Interest in Pinewood Ltd. P'ship apartment complex DeKalb County, Georgia | $ 10,000 | | Chattel mortgages and other liens payable | | 0 |
| % interest in two parcels (Parcels #2 & #3) of undeveloped residential property at 2200 WW, Atlanta, Georgia | $ 60,000 | 625,000 | | | |
| Real estate mortgages receivable | | 0 | Other debts - itemize | | 0 |
| Autos and other personal property 1994 Ford Explorer 1995 Chevrolet Suburban (50% interest) Art, jewelry, furniture | $ 8,000 10,000 60,000 | 78,000 | | | |
| Cash value - life insurance | | 0 | | | |
| Other assets - itemize: | | | | | |
| IRA-Smith Barney account (schedule attached) | | 102,834 | | | |
| | | | Total liabilities | | 2,000 |
| | | | Net worth | | $ 946,251 |
| Total assets | | $ 948,251 | Total liabilities and net worth | | $ 948,251 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, consider or guarantor | | None | Are any assets pledged? (Add schedule) | | No |
| On leases or contracts | | None | Are you defendant in any suits or legal actions? | | No |
| Legal Claims | | None | Have you ever taken bankruptcy? | | No |
| Provision for Federal Income Tax | | None | | | |
| Other special debt | | None | | | |

*These numbers represent assets and the percentage of assets owned by Frank M. Hull and do not include assets or the percentage of assets in notes of husband Antonin Aech ("Tony"). See separate Financial Statement of husband attached hereto.

Digitized by Google